```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 32888
   JEFFREY A BARC
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-0050


--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/02/2008 and was not confirmed.

     The case was dismissed without confirmation 02/05/2009.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
--------------------------------------------------------------------------
AMERICAN HOME MTG SERVIC MORTGAGE NOTI NOT FILED           .00           .00
AMERICAN HOME MTG SERVIC CURRENT MORTG       .00           .00           .00
AMERICAN HOME MTG SERVIC SECURED NOT I  57675.56           .00           .00
PRO SE DEBTOR           DEBTOR ATTY          .00                         .00
TOM VAUGHN              TRUSTEE                                          .00
DEBTOR REFUND           REFUND                                           .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                        ---------------       ---------------
TOTALS                       .00                      .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
     Dated: 03/05/09             _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE
```